| | |
|---|---|
| **From:** | Spiro, Emma (USANJ) |
| **To:** | Lisa Mack |
| **Subject:** | RE: Torres - Protective Order |
| **Date:** | Thursday, April 30, 2020 11:26:00 AM |

Hi Lisa,

Completely understood. Thank you for getting back to me.

Best,

**Emma Spiro**
Assistant United States Attorney
U.S. Attorney's Office, District of New Jersey
970 Broad Street, Suite 700, Newark, NJ 07102

---

**From:** Lisa Mack <​█████████████​>
**Sent:** Thursday, April 30, 2020 11:24 AM
**To:** Spiro, Emma (USANJ) <​█████████████​>
**Subject:** RE: Torres - Protective Order

Hi Emma,

I'm waiting to speak with another attorney who might get involved, because if he does, I don't want to sign a protective order.

I'm hoping to resolve this today or tomorrow.

Thanks & stay safe,
~Lisa

Lisa M. Mack
Office of the Federal Public Defender
1002 Broad Street
Newark, NJ  07102

*Confidentiality Notice: This message is the property of the Federal Public Defender Office for the District of New Jersey. It may be legally privileged and/or confidential and is intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying, or taking any action in reliance on the information contained herein is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this message.*

**From:** Spiro, Emma (USANJ)
**Sent:** Wednesday, April 29, 2020 10:48 AM
**To:** Lisa Mack
**Subject:** RE: Torres - Protective Order

Hi Lisa,

Just following up on this.

Thanks,

**Emma Spiro**
Assistant United States Attorney
U.S. Attorney's Office, District of New Jersey
970 Broad Street, Suite 700, Newark, NJ 07102

**From:** Spiro, Emma (USANJ)
**Sent:** Sunday, April 26, 2020 3:42 PM
**To:** Lisa Mack
**Subject:** Torres - Protective Order

Hi Lisa,

As I mentioned, please see attached proposed protective order in US v. Torres. Once signed and entered, I will provide pre-indictment discovery this week.

Thank you!

**Emma Spiro**
Assistant United States Attorney
U.S. Attorney's Office, District of New Jersey
970 Broad Street, Suite 700, Newark, NJ 07102